770

Curry *v.* Strawhecker et al., Appellants.
Langdon et al. *v.* Strawhecker et al., Appellants.

Argued April 13, 1971.   *Francis J. Fornelli,* with him *Cusick, Madden, Joyce & McKay,* for appellants; *William D. Irwin,* with him *Rodgers, Marks, Irwin & Perfilio,* for appellees; and *James A. Stranahan,* III, with him *Stranahan & Stranahan,* for appellee.

Judgments affirmed.

DeSantis *v.* American Mutual Liability Insurance Company, Appellant.

Argued June 18, 1971.
*Peter A. Dunn,* with him *Fronefield, deFuria and Petrikin,* for appellant; *Alexander A. DiSanti,* with him *Richard, Brian, DiSanti & Hamilton,* for appellees.

The appeal is quashed as taken from an interlocutory order.

Donegal Township Annexation Case.
West Alexander Borough Appeal.

Argued April 12, 1971.   *Sanford S. Finder,* with him *George Anthou,* for appellant; *Frank C. Carroll,* with him *Alexander McIlvaine,* for appellees.

Order affirmed.